

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 9, 2023

**By E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Ricki Rickaline Gibbs*, **23 Mag. 5951**

Dear Judge Krause:

    In light of the arrest of the defendant today in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

**SO ORDERED.**

*/s/ Andrew Krause*

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: August 9, 2023

By: _____
    Timothy Ly/Steven Kochevar
    Assistant United States Attorneys
    (914) 993-1910 // (212) 637-2262