# MEMO ENDORSED



OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

May 9, 2024

— *Sent via ECF* —

Magistrate Judge Hon. Victoria Reznik
Hon. Charles L. Brieant Jr.
  Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**RE:** *U.S. v. Ricki Gibbs*
7:23-mj-05951-UA-1
Request for Temporary Release of Defendant's Passport

Dear Judge Reznik:

I write to request that Your Honor issue an order to the New York City Police Department (NYPD) Property Clerk for the return/release of Ms. Ricki Gibbs' United States passport to her, for employment purposes.

It is understood that Ms. Gibbs will endeavor to pick up the passport from the NYPD - Queens County Property Clerk on Monday, May 13, 2024, on the condition that she return it by the end of the following business day, May 14, 2024, to the Pretrial Services Office - SDNY at 500 Pearl Street, Room 550.

This matter has been discussed both Pretrial Services (SDNY) and the government, neither of whom opposes the instant application.

Thank you for your attention.

SO ORDERED.
*/signature/*
Hon. Victoria Reznik, U.S.M.J.
May 9 , 2024

Respectfully,

  /s/    Scott Migden

Direct:  (718) 701-5405
sm@TsiglerLaw.com

cc: AUSA Benjamin Levander (by ECF)
    AUSA Steven Kochevar (by ECF)
    USPTSO Francesca Tessier-Miller
        (by email, francesca_tessier-miller@nyspt.uscourts.gov)
    Karina Chin Vilefort, MA, U.S. Pretrial Services Officer Assistant
        (by email, Karina_Vilefort@nyspt.uscourts.gov)