**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

> Application granted.
>
> Dated: August 8, 2024
>
> SO ORDERED.
>
> *[signature]*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

*USA v. Ricki Rickaline Gibbs*, 23 mj 5951
**Letter Motion for Temporary Release of the Defendant's Passport**

Dear Judge Krause:

    I am appointed to represent the above defendant pursuant to CJA. On August 9, 2023, at her initial appearance, the Court released the defendant on a $100,000 personal recognizance bond cosigned by two financially responsible persons, and with other conditions which included the surrender of her passport to Pretrial Services (ECF Doc No. 5). The bond was perfected and Ms. Gibbs has been in compliance with all conditions of release since the commencement of this case.

    The defendant has recently obtained full-time employment at a dialysis medical facility in the Bronx, New York and her new employer requires that she bring her passport as part of her on-boarding process on Monday August 12, 2024. Email confirmation of her employment was forwarded to the Government and Pretrial Services. I therefore write to the Court for an Order permitting Pretrial Services to release Ms. Gibbs's passport to her on Monday, August 12, 2024 with the understanding that she will surrender it back to them by no later than close of business on Tuesday, August 13, 2024.

    The Government and Pretrial Services have no objection to this application. Thank you Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Benjamin Levander (By ECF and Email/PDF)
    AUSA Margaret Vasu (By ECF and Email/PDF)
    PTSO Karina Chin Vilefort (By Email/PDF)